IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: PARAQUAT PRODUCTS LIABILITY LITIGATION | Case No. 3:21-md-3004-NJR |
| This Document Relates to: *John LeGwin v. Syngenta AG et al* 3:23-pq-01535-NJR | MDL No. 3004 |

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby gives notice and suggests upon the record the death of Plaintiff John LeGwin on April 6, 2024. *See* Exhibit A, John LeGwin Death Certificate. A motion for substitution of the proper party will be filed in accordance with Rule 25(a)(1).

Dated: September 5, 2024

Respectfully submitted,

 /s/ LaRuby May
LaRuby May
Sarah Shoemake Doles
Alyson M. Petrick
**LEVIN PAPANTONIO PROCTOR BUCHANAN O'BRIEN BARR & MOUGEY, P.A.**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7084
Fax:    (850) 436-6084
*lmay@levinlaw.com*
*sdoles@levinlaw.com*
*apetrick@levinlaw.com*

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 5, 2024, I electronically filed the above with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to counsel of record.

                                            /s/*LaRuby May*
                                            LaRuby May